RICHARD D. MILLET & ASSOCIATES LLC
204 EAST MAIN STREET
P.O. BOX 390
Somerville, NJ 08876-0390
(908) 595-1212
Attorneys for Defendant, Wal-Mart Stores, Inc.

| | |
|---|---|
| MARION STUART and DONALD STUART, Per quod, | : UNITED STATES DISTRICT COURT<br>  DISTRICT OF NEW JERSEY |
| Plaintiffs, | : CIVIL ACTION NO. 2:05cv4982 |
| vs. | CIVIL ACTION |
| WAL-MART STORES, INC., d/b/a WAL-MART JOHN DOES 1-10 (said names fictitious, real names unknown), individually, and as agents, servants, and/or employees of Wal-Mart Stores, Inc., d/b/a Wal-Mart, ABC CORP. 1-10 (said names fictitious, real names unknown), and WILLIAM WOES 1-10 (said names fictitious, real names unknown), individually, and as agents, servants, and/or employees of ABC Corps. 1-10, | ANSWER, SEPARATE DEFENSES<br>DEMAND FOR WRITTEN<br>STATEMENT OF DAMAGES,<br>: NOTICE OF DESIGNATION OF<br>  TRIAL COUNSEL, JURY DEMAND<br>: AND CERTIFICATION |
| Defendants. | |

Defendant, Wal-Mart Stores, Inc., by way of Answer to the Complaint of the plaintiffs, states:

**FIRST COUNT**

1. Defendant admits the allegations contained in this paragraph.

2. Defendant denies the allegations contained in this paragraph.

3. Defendant denies the allegations contained in this paragraph.

4. Defendant lacks sufficient knowledge upon which to form a belief as to the allegations contained in this paragraph and, accordingly, denies same.

5. Defendant denies the allegations contained in this paragraph.

6. Defendant denies the allegations contained in this paragraph.

7. Defendant denies the allegations contained in this paragraph.

## SECOND COUNT

1. Defendant repeats each and every answer to each and every allegation contained in the First Count of plaintiffs' Complaint as if same were set forth at length herein.

2. Defendant denies the allegations contained in this paragraph.

3. Defendant denies the allegations contained in this paragraph.

## THIRD COUNT

1. Defendant repeats each and every answer to each and every allegation contained in the First and Second Counts of plaintiffs' Complaint as if same were set forth at length herein.

2. Defendant lacks sufficient knowledge upon which to form a belief as to the allegations contained in this paragraph, and leaves plaintiffs to their proofs.

3. Defendant denies the allegations contained in this paragraph.

## SEPARATE DEFENSES

1. Defendant was guilty of no negligence whatsoever.

2. Defendant breached no legal duty proximately owed to plaintiffs and, therefore, is blameless.

3. The alleged incident and resultant injuries to plaintiffs, if any, was the direct and proximate result of the sole or contributory negligence of the plaintiffs herein and, therefore, relief should be either barred or diminished by virtue of operation of New Jersey Comparative Negligence Law.

4. The alleged accident and resultant injuries to plaintiffs, if any, was the direct and proximate result of the sole or contributory negligence of third persons over whom this defendant had no control.

5. The within Complaint of plaintiffs and the relief sought therein must be dismissed as against this defendant for the same fails to state a cause of action upon which relief may be granted.

6. This claim is barred or limited by reason of virtue of operation of the New Jersey Collateral Source Rule; N.J.S.A. 2:15-97 and or N.J.S.A. 39:6A-6.

7. Plaintiffs have failed to mitigate damages.

8. The within Complaint of plaintiffs is barred by the New Jersey Statute of Limitations for personal injury actions.

9. The within Complaint of plaintiffs is barred by the Doctrine of Laches.

## DEMAND FOR WRITTEN STATEMENT OF DAMAGES

Please take notice that defendant demands within five days after service hereof, a Written Statement of Amount of Damages Claimed in the Complaint from plaintiffs.

## DESIGNATION OF TRIAL COUNSEL

The Court is hereby advised that Richard D. Millet, Esq. is hereby designated as trial counsel.

## JURY DEMAND

Defendant demands a trial by a jury as to all issues involved herein.

RICHARD D. MILLET & ASSOCIATES LLC
Attorneys for Defendant,
Wal-Mart Stores, Inc.

Dated: October 26, 2005

By: _____
RICHARD D. MILLET

## **CERTIFICATION OF SERVICE**

Richard D. Millet, Esquire, declares as follows:

1. I am an attorney-at-law of the State of New Jersey with the firm of Richard D. Millet & Associates LLC, Attorney for Defendant, Wal-Mart Stores, Inc. As such, I am familiar with the facts set forth herein.

2. I hereby declare that on this date I served a copy of the within Answer upon the plaintiff in this action by mailing the same via first-class mail, postage prepaid, to Kevin L. Parsons, Esquire, of the Firm of Gill & Chamas, LLC, 655 Florida Grove Road, P.O. Box 760, Woodbridge, New Jersey 07095.

3. Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 26, 2005

By: _____
RICHARD D. MILLET